IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVEY ELRIS WORTHEN                                               PLAINTIFF

v.                           No. 4:15-cv-707-DPM

CAROLYN W. COLVIN, Acting Commissioner
Social Security Administration                                    DEFENDANT

ORDER

Unopposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

26 May 2016