IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVEY ELRIS WORTHEN                                             PLAINTIFF

v.                          No. 4:15-cv-707-DPM

CAROLYN W. COLVIN, Acting Commissioner
Social Security Administration                                  DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded with instructions, № 13. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 May 2016