IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVEY ELRIS WORTHEN                                                PLAINTIFF

v.                              No. 4:15-cv-707-DPM

CAROLYN W. COLVIN, Acting Commissioner
Social Security Administration                                      DEFENDANT

ORDER

Unopposed motion, № 16, granted as modified. The hours billed and fee requested are reasonable. The Court awards an attorney's fee of $3,522.33 and costs of $400.00. Despite the assignment of fees, № 16-3, any award must be payable to Worthen. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). Both checks should be mailed to one of his lawyers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 July 2016