## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DAVEY ELRIS WORTHEN                                                    PLAINTIFF

v.                                   No. 4:15-cv-707-DPM

NANCY A. BERRYHILL,* Acting
Commissioner, Social Security
Administration                                                         DEFENDANT

### ORDER

Unopposed motion, № 18, granted. The fee requested for work done before this Court is reasonable and within the statutory limit. 42 U.S.C. § 406(b)(1); *Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002). The Court awards an attorney's fee of $12,000.00 to plaintiff's lawyers. The check must be payable to Worthen and mailed to one of his lawyers. Worthen's lawyers must return the prior EAJA award, № 17, to him.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_2 March 2017_

_____

*The Court directs the Clerk to update the docket to reflect that Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration.